NUMBER 13-04-091-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
CITY OF BROWNSVILLE, TEXAS,                                       Appellant,

v.

JOHN BLONDEK, ET AL.,                                                  Appellees.
____________________________________________________________________

On appeal from the 404th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, CITY OF BROWNSVILLE, TEXAS, perfected an appeal from an order
entered by the 404th District Court of Cameron County, Texas, in cause number
2002-07-2870-G. After the record and briefs were filed, appellant filed a motion to
dismiss the appeal. In the motion, appellant states that the parties to this appeal have
reached a mutual settlement of this matter and a dismissal is being filed in the
underlying district court. Appellant states that it no longer wishes to prosecute this
appeal and requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 24th day of March, 2005.